```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
VIRGINIA CACCIOLA,              :
                                      08 Civ. 4698 (WHP)(HBP)
                Plaintiff,      :
                                      ORDER OF REFERENCE TO
        -against-               :     MAGISTRATE JUDGE

MICHAEL J. ASTRUE,              :
Acting Commissioner of the
Social Security Administration, :

                Defendant.      :
------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08

The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositve Motion/Dispute:* _____ | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | _____ | | Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| ___ | Settlement* | _X_ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | Particular Motion:_____ |
| | | | _____ |
| | | | All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: June 18, 2008
       New York, New York

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    WILLIAM H. PAULEY III

*Copies mailed to:*

Lewis Bart Insler, Esq.
Insler & Hermann, LLP
80 Grasslands Road, Suite 102
Elmsford, NY 10523
*Counsel for Plaintiff*

The Honorable Henry B. Pitman
United States Magistrate Judge