USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ORIGINAL
DATE FILED: 8/1/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: LESLIE A. RAMIREZ-FISHER
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-0378
Fax. (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
VIRGINIA CACCIOLA,              :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :    STIPULATION AND ORDER
MICHAEL J. ASTRUE,              :    08 Civ. 4698 (WHP)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the defendant and the plaintiff, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from August 11, 2008 to and including October 14, 2008.  The reason for the request is

that the administrative record has not yet been received by defendant's counsel. No prior extension has been requested in this case.

Dated: New York, New York
       July 15, 2008

                                INSLER & HERMANN, LLP
                                Attorneys for Plaintiff


                            By: _____
                                LEWIS B. INSLER, ESQ.
                                80 Grasslands Road - Suite 102
                                Elmsford, New York  10523
                                Telephone No.: (914) 286-3030

                                MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York
                                Attorney for Defendant


                            By: _____
                                LESLIE A. RAMIREZ-FISHER
                                Assistant United States Attorney
                                86 Chambers Street - 3rd Floor
                                New York, New York  10007
                                Telephone No.: (212) 637-0378
                                Leslie.Ramirez-Fisher@usdoj.gov


SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE
7/30/08